IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEFFREY SWENSON, and SF LEGACY, LLC,

Plaintiffs,

vs.

JACOB BERGHUIS, and ENSTONE PRODUCTS, LLC,

Defendants.

**8:26CV10**

**ORDER**

Upon joint notice of settlement given to the undersigned magistrate judge by counsel for defendants,

**IT IS ORDERED:**

1. On or before September 9, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 10th day of August, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge